

**NUMBER 13-21-00360-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

THE STATE OF TEXAS,                                                    Appellant,

v.

DANIEL EDUARDO GONZALEZ,                                              Appellee.

---

On appeal from the 445th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Longoria**

Appellant, the State of Texas, by and through its Criminal District Attorney for

Cameron County, the Honorable Luis V. Saenz, has filed a motion for dismissal of its

appeal. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal.

NORA L. LONGORIA<br>
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of February, 2022.